# In the United States Court of Federal Claims

No. 18-1402C
(Filed: May 20, 2019)

* * * * * * * * * * * * * * * * * * * * * * * * * *

TRACEY AMOR EL,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

On November 30, 2018, Defendant filed a motion to dismiss in this matter. Plaintiff's response was due on January 2, 2019. On January 30, 2019, this Court ordered Plaintiff to file her response to Defendant's motion to dismiss by March 1, 2019. As of this date, Plaintiff has not filed her response to Defendant's motion to dismiss.

On April 2, 2019, this Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute by May 1, 2019. As of this date, Plaintiff has not responded to this Court's order.

The Clerk is directed to dismiss this action for failure to prosecute.

MARY ELLEN COSTER WILLIAMS
Senior Judge